IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA   DIVISION

| | |
|---|---|
| **JOHN R. NEWBERN,** : | |
| : | |
| Petitioner : | |
| : | |
| v. : | **CASE NO.  7:04-CV-100 (HL)** |
| : | |
| : | |
| **MR. CAMON, Superintendent** : | |
| : | |
| Respondent : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 8) filed March 31, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections were filed by the petitioner to the Magistrate Judge's Recommendation within the allotted time.

**SO ORDERED,** this the 12th day of May, 2005.

s/ Hugh Lawson
**HUGH LAWSON, Judge
United States District Court**